COOLEY LLP
MICHELLE C. DOOLIN (179445)
(doolinmc@cooley.com)
DARCIE A. TILLY (239715)
(dtilly@cooley.com)
LINDSAY P. PARKER (274727)
(lparker@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

Attorneys for Defendant
ANN INC.

SIPRUT PC
Joseph J. Siprut (*pro hac vice*)
(jsiprut@siprut.com)
122 South Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone:     (312) 588-1440
Facsimile:     (312) 427-1850

Attorneys for Plaintiff and the Putative Class
AMELIA FOOS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA FOOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANN, INC, d/b/a AnnTaylor Retail, Inc., a Delaware corporation,<br><br>Defendant. | Case No.: 11-cv-2794-L-MDD<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Amelia Foos and defendant Ann Inc., by and through their undersigned counsel of record, hereby inform the Court that they have come to an agreement on principal settlement terms for this putative class action.  The parties are now working to finalize a stipulation of settlement.  Because the proposed settlement calls for settlement on a class-wide basis, Federal Rule of Civil Procedure 23(e) requires Court approval prior to dismissal of the action.  Soon after the parties finalize the stipulation of settlement, plaintiff will file a motion seeking preliminary approval of the settlement, including a plan for the provision of notice to the class.  *See Vasquez v. Coast Valley Roofing, Inc*., 670 F. Supp. 2d 1114, 1124-25 (E.D. Cal. 2009) (discussing the three steps for seeking court approval of a class-wide settlement).

Accordingly, the parties respectfully request that the Court take the Early Neutral Evaluation Conference currently set for March 20, 2012 off calendar.  The parties further request that the Court not set any future dates to occur in this action.

Dated:  March 13, 2012                COOLEY LLP

s/Michelle C. Doolin (179445)
Email: doolinmc@cooley.com

Attorneys for Defendant ANN INC.

Dated: March 13, 2012                 SIPRUT PC

s/Joseph J. Siprut (*Pro Hac Vice*)
Email: jsiprut@siprut.com

Attorneys for Plaintiff AMELIA FOOS

**FILER'S ATTESTATION**

Pursuant to this Court's Electronic Case Filing Administrative Policies and Procedures, Section 2, Subparagraph f(4), the undersigned attests that all parties have concurred in the filing of this Joint Notice of Settlement.

Dated: March 13, 2012           COOLEY LLP

                                s/Michelle C. Doolin (179445)
                                Email: doolinmc@cooley.com

                                Attorneys for Defendant ANN INC.

744199 v1/SD

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing:

## JOINT NOTICE OF SETTLEMENT

was on this date served upon all counsel of record by electronic transmission through the Case Management/Electronic Case Filing (CM/ECF) system of the U.S. District Court for the Southern District of California, and that all parties in this case are represented by counsel who are CM/ECF participants.

Dated: March 13, 2012       By: /s/ Nicole Ernest

Nicole Ernest
COOLEY LLP
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone: (858) 550-6000
Email:  nernest@cooley.com