

**Foos**  11cv2794 L (MDD)

**-v-**

**Ann, Inc.**

**STRICKEN DOCUMENT**
**(Document Stricken Per Order 19)**

**18**