UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON

CASE NO. 11cv2794 L (MDD)     CASE TITLE: *Foos v. Ann, Inc.*
E-FILED DATE: 6/18/2012       DOCKET NO.: 18
DOCUMENT TITLE: Motion for approval of class settlement
DOCUMENT FILED BY: Plaintiff

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| X | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
| X | ECF § 2(h) | Includes a proposed order or requires judge's signature |
|   | ECF § 2(a), (g) | Docket entry does not accurately reflect the document(s) filed. |
|   | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
|   | ECF § 2(f) | Lacking proper s/ signature and signature certification on joint motion. |
|   | Civ. L. Rule 5.1 | Wrong hearing time and date on motion and/or supporting documentation. Motion hearing time and date must be obtained from Judges Lorenz's chambers. |
|   | Civ. L. Rule 7.1 or 47.1 or Crim. L. Rule 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely. |
|   | Civ. L. Rule 7.1 or 47.1 or Crim. L. Rule 47.1 | Lacking memorandum of points and authorities in support as a separate document |
|   | Civ. L. Rule 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| X | ECF § 2(k) | Exhibits not properly marked and numbered, and lacking a numbered table of contents of exhibits. |
|   |   | OTHER: |

**IT IS HEREBY ORDERED**:

|   | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
|---|---|
| X | The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

DATED:  June 19, 2012

_____
M. James Lorenz
United States District Court Judge