Joseph J. Siprut (admitted *Pro Hac Vice*)
jsiprut@siprut.com
Aleksandra M. S. Vold
avold@siprut.com
SIPRUT PC
122 South Michigan Avenue
Suite 1850
Chicago, Illinois  60603
Tel: 312.588.1440
Fax: 312.427.1850

Todd C. Atkins (SBN 208879)
tatkins@siprut.com
SIPRUT PC
701 B Street
Suite 1170
San Diego, California  92101
Tel: 619.255.2380
Fax: 619.231.4984

*Attorneys for Plaintiff and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA FOOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANN, INC., d/b/a Ann Taylor Retail, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 3:11-cv-2794-L-MDD<br><br>Judge M. James Lorenz<br><br>Magistrate Judge Mitchell D. Dembin<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT**<br><br>**COURTROOM: 14**<br>**DATE: July 23, 2012**<br>**TIME: 10:30 a.m.** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that on July 23, 2012 at 10:30 am in Courtroom 14 of the above captioned Court, the Honorable M. James Lorenz presiding, Plaintiff Amelia Foos ("Plaintiff"), on behalf of herself and all others similarly situated, will and hereby does move the Court for an Order:

1.  Granting preliminary approval of the Settlement Agreement reached by the parties;

2.  Approving the proposed form and method of notice to Settlement Class Members;

3.  Establishing a schedule for dissemination of the notice of settlement to Settlement Class Members, as well as the deadlines for Settlement Class Members to submit claims, object to, or request exclusion from the settlement;

4.  Setting a hearing for final approval of the settlement and awarding Plaintiff's counsel's application for an award of fees and costs; and

5.  Approving the proposed order preliminarily approving settlement, submitted herewith.

This motion is brought pursuant to Fed. R. Civ. P. 23(e) and is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities, submitted herewith; the Declaration of Joseph J. Siprut; the complete file and record in this action; the argument of counsel; and such other and further evidence and argument as the Court may choose to entertain.

| | |
|---|---|
| Dated: June 21, 2012 | Respectfully submitted,<br><br>AMELIA FOOS, individually and on behalf of all others similarly situated<br><br>By:  s/ Todd Atkins<br>   One of the Attorneys for Plaintiffs<br>   and the Proposed Putative Classes |

Joseph J. Siprut
*jsiprut@siprut.com*
Aleksandra M. S. Vold
*avold@siprut.com*
SIPRUT PC
122 South Michigan Avenue
Suite 1850
Chicago, Illinois  60603
312.588.1440
Fax: 312.878.1342

--and--

Todd C. Atkins
*tatkins@siprut.com*
SIPRUT PC
701 B Street
Suite 1170
San Diego, California 92101
Tel: 619.255.2380
Fax: 619.231.4984

4815-4827-2143, v.  4

---

PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT
-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT** was filed this 21st day of June, 2012, via the electronic filing system of the Southern District of California, which will automatically serve all counsel of record.

/s/ Todd Atkins_____