John W. Davis, State Bar #200113
john@johnwdavis.com
LAW OFFICE OF JOHN W. DAVIS
501 W. Broadway, Suite 800
San Diego, CA  92101
Telephone: (619) 400-4870
Facsimile: (619) 342-7170

Attorney for Objector
Sarah McDonald

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA FOOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANN, INC.,  a Delaware corporation doing business as Ann Taylor Retail, Inc.,<br><br>Defendant. | **CASE NO.  3:2011-cv-02794**<br><br>**NOTICE OF APPEAL** |

Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A), Class member Sarah McDonald hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Motion For Final Approval Of Class Settlement and Granting In Part Motion For Attorneys' Fees [Doc. 39] entered December 10, 2012 and any associated or ancillary orders including the minute entry of December 10, 2012 [Doc. 40].

Respectfully submitted this 9th day of January, 2013.

                                        LAW OFFICE OF JOHN W. DAVIS

                                        by:   /s/  John W. Davis                .
                                             John W. Davis
                                             Counsel for Objector
                                             Sarah McDonald