1  John W. Davis, State Bar #200113
   john@johnwdavis.com
2  LAW OFFICE OF JOHN W. DAVIS
   501 W. Broadway, Suite 800
3  San Diego, CA  92101
4  Telephone: (619) 400-4870
   Facsimile: (619) 342-7170
5
   Attorney for Objector
6  Sarah McDonald

7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10
   AMELIA FOOS, individually and on behalf          **CASE NO.  3:2011-cv-02794**
11 of all others similarly situated,
                                                   **REPRESENTATION STATEMENT**
12                    Plaintiff,
                                                   (Circuit Rule 3-2)
13 v.
14
   ANN, INC.,  a Delaware corporation doing
15 business as Ann Taylor Retail, Inc.,
16                    Defendant.
17

18
19       The undersigned represents Objector/Appellant Sarah McDonald.  The attached list shows
20 the parties to this appeal and their respective counsel identified by name, firm address, email
21 address, and telephone and facsimile numbers as required by Ninth Circuit Rule 3-2.
22
23 Dated: January 9, 2013              LAW OFFICE OF JOHN W. DAVIS
24
25
26                                    By: /s/ John W. Davis                       .
                                          John W. Davis
27                                        Counsel for Sarah McDonald
28

Representation Statement                                              3:2011-cv-02794

**LIST OF REPRESENTED PARTIES**

| **PARTY** | **COUNSEL** |
|---|---|
| Objector / Appellant<br>Sarah McDonald | John W. Davis<br>Email: john@johnwdavis.com<br>LAW OFFICE OF JOHN W. DAVIS<br>501 W. Broadway, Suite 800<br>San Diego, CA 92101<br>Tel.: (619) 400-4870<br>Fax: (619) 342-7170 |
| Objector / Appellant<br>Sarah McDonald | C. Benjamin Nutley<br>Email: nutley@zenlaw.com<br>KENDRICK & NUTLEY<br>1055 E. Colorado Blvd., 5th Floor<br>Pasadena, CA 91106<br>Telephone: (626) 204-4060<br>Facsimile: (626) 204-4061 |
| Appellee / Plaintiff<br>Amelia Foos | Joseph J. Siprut<br>Email: jsiprut@siprut.com<br>Aleksandra M. S. Vold<br>Email: avold@siprut.com<br>SIPRUT PC<br>17 N. State Street<br>Chicago, Illinois 60602<br>Tel: 312.236.0000<br>Fax: 312.948.9196 |
| Appellee / Plaintiff<br>Amelia Foos | Todd C. Atkins<br>Email: tatkins@siprut.com<br>SIPRUT PC<br>701 B Street<br>Suite 1400<br>San Diego, California 92101<br>Tel: 619.255.2380<br>Fax: 619.231.4984 |

| | | |
|---|---|---|
| 1 | Defendant / Appellee<br>Ann, Inc. | Michelle C. Doolin<br>Email: doolinmc@cooley.com |
| 2 | | Darcie A. Tilly |
| 3 | | Email: dtilly@cooley.com<br>LINDSAY P. PARKER (274727) |
| 4 | | Email: lparker@cooley.com<br>COOLEY LLP |
| 5 | | 4401 Eastgate Mall<br>San Diego, CA 92121-1909 |
| 6 | | Tel: 858.550.6000<br>Fax: 858.550.6420 |