

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amelia Foos | Civil Action No.   11-cv-02794-L-MDD |
| **Plaintiff,** | |
| V. | |
| Ann, Inc. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Plaintiff's Motion for Attorneys' Fees is granted in the amount of $192,000.00 award for class counsel's fees, costs and expenses of litigation.

Date:    9/24/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/  K. Betancourt

K. Betancourt, Deputy