FILED

OCT 22 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMELIA FOOS, individually and on behalf of all other similarly situated,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>SARAH MCDONALD,<br><br>        Objector - Appellant,<br><br> V.<br><br>ANN INC., a Delaware corporation, DBA AnnTaylor Retail, Inc.,<br><br>        Defendant - Appellee. | No. 13-55059<br><br>D.C. No. 3:11-cv-02794-L-MDD<br>Southern District of California,<br>San Diego<br><br>ORDER |

      The parties have stipulated to the dismissal of this case under the Federal Rule of Appellate Procedure 42(b). The appeal is dismissed with prejudice.

      Costs shall be allocated pursuant to the terms of the stipulation.

      A copy of this order sent to the district court shall act as and for the mandate of this court.

                                  For the Court:

                                  MOLLY C. DWYER
                                  Clerk of the Court

                                  Lorela Bragado-Sevillena
                                  Deputy Clerk
                                        Ninth Circuit Rule 27-7/Advisory Note
                                        to Rule 27 and Ninth Circuit Rule 27-10

14OCT2013LBS/Pro Mo