| | |
|---|---|
| 1 | John W. Davis, State Bar #200113 |
| 2 | john@johnwdavis.com |
|   | LAW OFFICE OF JOHN W. DAVIS |
| 3 | 501 W. Broadway, Suite 800 |
|   | San Diego, CA  92101 |
| 4 | Telephone: (619) 400-4870 |
| 5 | Facsimile: (619) 342-7170 |
| 6 | |
|   | Attorney for Objector |
| 7 | Sarah McDonald |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA FOOS, individually and on behalf of all others similarly situated, | CASE NO.  3:2011-cv-02794 |
| | Judge M. James Lorenz |
| Plaintiff, | |
| | Magistrate Judge Mitchell D. Dembin |
| v. | |
| | CLASS ACTION |
| ANN, INC.,  a Delaware corporation doing business as Ann Taylor Retail, Inc., | |
| | **EX PARTE APPLICATION FOR DISBURSEMENT OF FUNDS HELD BY THE COURT; DECLARATION OF JOHN W. DAVIS** |
| Defendant. | |

On May 20, 2013, this Court ordered class member Sarah McDonald ("McDonald") to post a bond in the amount of $1000.00 to secure her right to appeal. (Dkt. 70). On May 28, 2013, McDonald deposited $1000.00 with the United States District Court for the Southern District of California. (Dkt. 72). A true and correct copy of the receipt for this deposit is attached hereto as Exhibit A. On October 17, 2013, the parties to the appeal stipulated to resolve the appeal with each party to bear his or her own costs. On October 22, 2013, the Ninth Circuit Court of Appeals issued a mandate dismissing the case with prejudice. (Dkt. 95). A true and correct copy of the stipulation is attached hereto as Exhibit B.

McDonald's appeal has been dismissed with prejudice with each party agreeing to bear its own costs. Accordingly, McDonald respectfully requests that this Court order the Clerk to release $1000.00 from the Treasury to Attorney John W. Davis Client Trust Account.

### **Declaration of John W. Davis**

I, John W. Davis, affirm the following:

1. I am a member in good standing of the State Bar of California, the Florida Bar, and numerous federal district courts and courts of appeal. I am counsel for class member Sarah McDonald in the above-captioned matter. The following statements are based on my personal knowledge and the files and records in this case of which I am aware and, if called on to do so, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the receipt for monies deposited with the Court in compliance with this Court's order of May 20, 2013. (Dkt. 70).

3. Attached hereto as Exhibit B is a true and correct copy of the Stipulation and Motion for Voluntary Dismissal filed with the Ninth Circuit Court of Appeals on October 17, 2013.

4. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this Declaration was executed this 1st day of November, 2013, in San Diego, California.

                                              Respectfully submitted,

                                                s/ John W. Davis
                                              Law Office of John W. Davis
                                              501 W. Broadway, Suite 800
                                              San Diego, CA  92101
                                              (619) 400-4870
                                              (619) 342-7170 (fax)
                                              john@johnwdavis.com